FILED
CLERK, U.S. DISTRICT COURT

OCT 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> VICTORY ENGINEERS, INC., ET AL., <br><br> Defendants. | No. CV 10-2134 CBM (Ex) <br><br><br><br> PERMANENT INJUNCTION |

Pursuant to the Court's Order of October 14, 2010 granting Plaintiff Construction Laborers Trust Funds for Southern California Administrative Co.'s ("Plaintiff") Motion for Judgment by Default Against Defendants Victory Engineers, Inc., Jonathan Sidney Reid and Lori Engle, the Court finds that a permanent injunction should be issued.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Defendant Victory Engineers, Inc. ("Victory"), a California corporation, its officers, agents, managing employees, successors, and all those in active concert or participation with it, including Defendant Jonathan Sidney Reid, an individual, and Defendant Lori Engle, an individual, are hereby ordered

to deliver or cause to be delivered to the offices of the attorneys of Plaintiff, Laborers Health and Welfare Trust Fund for Southern California, Construction Laborers Pension Trust for Southern California, Construction Laborers Vacation Trust for Southern California, Laborers Training and Re-training Trust for Southern California, Fund for Construction Industry Advancement, Center for Contract Compliance, and Laborers Contract Administration Trust Fund for Southern California (collectively, "Trust Funds") – at 3550 Wilshire Boulevard, Suite 2000, Los Angeles, California, 90010, attention Peter A. Hutchinson, Esq. – by no later than thirty (30) days from the date of entry of the judgment in this action:

    a. A truthfully and accurately completed report form ("Monthly Report") for each of Victory's accounts with the Trust Funds for each month from April 2010 through the month for which fringe benefit contributions ("Monthly Contributions") are due by Victory to the Trust Funds at the time of entry of the judgment in this action (specifically, for all months for which the 15th day of the ensuing month has passed), collectively identifying all persons for whom Victory owes Monthly Contributions to the Trust Funds for those months and the hours of work they performed for which Monthly Contributions are due;

    b. An affidavit or declaration from a managing officer of Victory attesting under penalty of perjury to the completeness, truthfulness, and accuracy of each Monthly Report submitted; and

    c. A cashier's check or checks made payable to the "Construction Laborers Trust Funds for Southern California" totaling the full amount of Monthly Contributions due by Victory to the Trust Funds for those months (as set forth on the Monthly Report(s) submitted).

2. Victory, a California corporation, its officers, agents, managing employees,

successors, and all those in active concert or participation with it, including Defendant Jonathan Sidney Reid, an individual, and Defendant Lori Engle, an individual, are hereby ordered to timely submit fringe benefit contributions to the Trust Funds on behalf of Victory in accordance with the Southern California Labor Agreement by delivering or causing to be delivered to the Trust Funds' offices by no later than 4:30 p.m. on the 15th day of each month for the duration of the Southern California Master Labor Agreement (unless Victory has for the month both inactivated its accounts with the Trust Funds in accordance with the terms of the Southern California Master Labor Agreement and has in fact not performed any work covered by the Southern California Master Labor Agreement):

    a. Truthfully and accurately completed Monthly Reports for each of Victory's accounts with the Trust Funds, collectively covering all persons for whom Victory owes Monthly Contributions for the previous month;

    b. An affidavit or declaration from a managing officer of Victory attesting under penalty of perjury to the completeness, truthfulness and accuracy of each Monthly Report submitted; and

    c. A cashier's check or checks made payable to the "Construction Laborers Trust Funds for Southern California" totaling the full amount of Monthly Contributions due by Victory to the Trust Funds

//
//
//
//
//
//

1 | for the previous month (as set forth on the Monthly Report(s) submitted).

**IT IS SO ORDERED.**

DATED:  October 14, 2010        By _____
                                 CONSUELO B. MARSHALL
                                 UNITED STATES DISTRICT JUDGE